38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 04–5308. KEENAN *v.* LECUREUX, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–5318. CARTER *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04–5426. CLARK *v.* UNITED STATES DISTRICT COURTS FOR THE CENTRAL AND NORTHERN DISTRICTS OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 04A135. METZSCH *v.* AVAYA, INC. C. A. 8th Cir. Application to recall and stay the mandate, addressed to JUSTICE SCALIA and referred to the Court, denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

No. 03M84. CLARK *v.* CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY;

No. 03M86. MARTINEZ *v.* BREAUX ET AL.;

No. 03M88. VLASEK *v.* LEVEY;

No. 03M89. OYENIRAN *v.* UNITED STATES;

No. 03M90. WOOD *v.* CROWN REDI-MIX, INC., DBA CROWN BUILDING MATERIALS, INC.;

No. 04M1. GOODEN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION;

No. 04M3. HEIM *v.* UNIVERSITY OF MIAMI ET AL.;

No. 04M5. COURTER *v.* KANSAS ET AL.;

No. 04M6. CONTRERAS *v.* TEXAS;

No. 04M8. CALERO *v.* PAGAN PAGAN ET AL.;

No. 04M10. LEWIS *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS; and

No. 04M11. MITCHELL *v.* PER-SE TECHNOLOGIES, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.